**LITE DEPALMA GREENBERG, LLC**
Joseph J. DePalma
Two Gateway Center, Suite 1201
Newark, New Jersey 07102
Tel: (973) 623-3000
Fax: (973) 623-0858
Email: jdepalma@litedepalma.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| GERALD J. KLEIN, on behalf of himself and all similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>TD AMERITRADE HOLDING CORPORATION, TD AMERITRADE, INC., AND FREDRIC TOMCZYK<br><br>    Defendants, | Civil Action No.<br><br><br><br><br><br>**CERTIFICATE OF**<br>**NON-ARBITRABILITY** |

Joseph J. DePalma, of full age, certifies that pursuant to L. Civ. R. 201.1 the within matter is not arbitrable, being that the Complaint seeks damages that are in an excess of $150,000.

Date: September 15, 2014                    */s/ Joseph J. DePalma*
                                Joseph J. DePalma

436695.1