Donald A. Robinson, Esq.
Leda Dunn Wettre, Esq.
ROBINSON, WETTRE & MILLER LLC
One Newark Center, 19th Floor
Newark, New Jersey 07102
973-690-5400
drobinson@rwmlegal.com
lwettre@rwmlegal.com

*Of Counsel:*

A. Robert Pietrzak, Esq.
Alex J. Kaplan, Esq.
Jackie A. Lu, Esq.
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019

*Attorneys for Defendants TD AMERITRADE HOLDING CORPORATION, TD AMERITRADE, INC., and FREDRIC TOMCZYK*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GERALD J. KLEIN, on behalf of himself and all similarly situated<br><br>Plaintiff,<br><br>v.<br><br>TD AMERITRADE HOLDING CORPORATION, TD AMERITRADE, INC. AND FREDRIC TOMCZYK<br><br>Defendants. | Civil Action No. 14-cv-05738 (MAS)(LHG)<br><br>*DOCUMENT FILED ELECTRONICALLY*<br><br>JURY TRIAL DEMANDED<br><br>MOTION DATE: DECEMBER 1, 2014 |

**ORDER GRANTING DEFENDANTS'
MOTION TO TRANSFER UNDER 28 U.S.C. § 1404(a)**

**THIS MATTER** having been brought before the Court pursuant to 28 U.S.C. § 1404(a) on application of defendants TD Ameritrade Holding Corporation, TD Ameritrade, Inc., and

Fredric Tomczyk (together, "Defendants") to transfer this action to the United States District Court for the District of Nebraska, and parties' consenting, and for good cause shown;

**IT IS THEREFORE** on this 1st day of December;

**ORDERED** that Defendants' Motion to Transfer Under 28 U.S.C. § 1404(a) is GRANTED, and this action is transferred to the United States District Court for the District of Nebraska.

                                                    _____
                                                    Honorable Michael A. Shipp, U.S.D.J.