UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GERALD J. KLEIN, on behalf of himself and all similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TD AMERITRADE HOLDING CORPORATION, TD AMERITRADE INC., AND FREDERIC TOMCZYK<br><br>Defendant, | Civil Action No. 3:14-cv-05738-MAS-LGH |

### ORDER APPROVING THE SHUM GROUP AS LEAD PLAINTIFF AND APPROVING SELECTION OF COUNSEL

Having considered the papers filed in support of the Motion of class members Kwok L. Shum and Roderick Ford (the "Shum Group") for Appointment as Lead Plaintiff and Approval of Selection of Counsel pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), and the Motion being unopposed by Defendants, and for good cause shown, the Court hereby enters the following Order:

1. The Shum Group has moved this Court to be appointed as Lead Plaintiff in this action and to approve the counsel it has retained to be Lead Counsel and Liaison Counsel.

2. Having considered the provisions of Section 21D(a)(3)(B) of the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B), the Court hereby determines that the Shum Group is the most adequate plaintiff and satisfies the requirements of the PSLRA. The Court hereby appoints the Shum Group as Lead Plaintiff to represent the interests of the class.

3. Pursuant to Section 21D(a)(3)(B)(v) of the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B)(v), the Shum Group has selected and retained the law firm Levi & Korsinsky LLP to serve as Lead Counsel and Lite DePalma Greenberg, LLC to serve as Liaison Counsel. The Court approves the Shum Group's selection of Lead Counsel for this Action.

IT IS SO ORDERED.

DATED: 12/1/14

_____
HONORABLE MICHAEL A. SHIPP, U.S.D.J.