IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

**GERALD J. KLEIN,**

          Plaintiff,

vs.

**TD AMERITRADE HOLDING CORPORATION, et al.,**

          Defendants.

**8:14CV396**

**ORDER**

The records of the court show that on December 3, 2014, the Office of the Clerk of Court sent a letter (Filing No. 42) to:

> Katrina Carroll
> LITE, DEPALMA LAW FIRM
> Two Gateway Center
> 12th Floor
> Newark, NJ 07102

The letter directed the attorney to register in compliance with the local rules, within fifteen days, for admission to practice in this court and for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System (System).  **See** NEGenR 1.3(b) and NEGenR 1.7.  As of the close of business on April 22, 2015, said attorney has not complied with the request set forth in the letter from the Office of the Clerk.

**IT IS ORDERED** that, **on or before May 11, 2015**, attorney Katrina Carroll shall register or show cause by written affidavit why she cannot comply with the rules of the court.  Failure to comply with this order will result in Ms. Carroll being removed as counsel of record for the plaintiff.

Dated this 23rd day of April, 2015.

                                              BY THE COURT:

                                              s/ Thomas D. Thalken
                                              United States Magistrate Judge