# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 18-8013

Gerald J. Klein, on behalf of himself and all similarly situated and Roderick Ford

Respondents

v.

TD Ameritrade Holding Corporation, et al.

Petitioners

------------------------------

Chamber of Commerce of the United States of America and Securities Industry and Financial Markets Association

Amici on Behalf of Petitioner

---

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:14-cv-00396-JFB)

---

**ORDER**

The petition for 23(f) appeal is hereby granted. This case is regularly docketed under case number 18-3689.

December 18, 2018

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
　　　　/s/ Michael E. Gans