# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  18-8013

_____

Gerald J. Klein, on behalf of himself and all similarly situated; Roderick Ford

Respondents

v.

TD Ameritrade Holding Corporation; TD Ameritrade, Inc.; Frederic J. Tomczyk

Petitioners

-------------------------------

Chamber of Commerce of the United States of America; Securities Industry and Financial
Markets Association

Amici on Behalf of Petitioner

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:14-cv-00396-JFB)

## JUDGMENT

Before WOLLMAN, COLLOTON and BENTON, Circuit Judges.

Judgment is entered in accordance with the court's order dated December 18, 2018,
granting petitioners' petition for permission to appeal pursuant to Rule 23(f).  The new case is
docketed under appeal No. 18-3689.

Mandate shall issue forthwith.

December 20, 2018

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans