# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 18-3689

Gerald J. Klein, on behalf of himself and all similarly situated

Roderick Ford

Appellee

v.

TD Ameritrade Holding Corporation, et al.

Appellants

------------------------------

Securities Industry and Financial Markets Association and Chamber of Commerce of the United States of America

Amici on Behalf of Appellant(s)

Better Markets, Inc.

Amicus on Behalf of Appellee(s)

_____

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:14-cv-00396-JFB)
_____

**ORDER**

The motion to withdraw as retained counsel is granted. Mr. Daniel A. McLaughlin and Mr. Peter N. Salib for TD Ameritrade, TD Ameritrade Holding Corporation and Mr. Frederic J. Tomczyk have been granted leave to withdraw from this case.

April 02, 2020

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans