# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 18-3689

_____

Gerald J. Klein, on behalf of himself and all similarly situated

Plaintiff

Roderick Ford

Plaintiff - Appellee

v.

TD Ameritrade Holding Corporation; TD Ameritrade, Inc.; Frederic J. Tomczyk

Defendants - Appellants

------------------------------

Securities Industry and Financial Markets Association; Chamber of Commerce of the United States of America

Amici on Behalf of Appellant(s)

Better Markets, Inc.

Amicus on Behalf of Appellee(s)

_____

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:14-cv-00396-JFB)

_____

**JUDGMENT**

Before COLLOTON, GRUENDER, and GRASZ, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

April 23, 2021

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans