IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RODERICK FORD,<br><br>    Plaintiff,<br><br>vs.<br><br>TD AMERITRADE HOLDING CORPORATION, TD AMERITRADE, INC., and FREDRIC TOMCZYK,<br><br>    Defendants. | 8:14CV396<br><br>ORDER |

The parties have agreed that this matter should be stayed pending arbitration. Filing No. 349 at 3. Accordingly,

**IT IS ORDERED**:

1. The status conference set for October 8, 2024, is hereby canceled.

2. This case is stayed pending arbitration. Beginning December 6, 2024, and every 60 days thereafter, the parties shall file a status report advising the Court of the status of the arbitration proceedings.

Dated this 7th day of October, 2024.

SIGNED:

s/ Kate O. Rahel
Appointed Special Master